IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RE: NILES VILLARS and  
WANDA VILLARS

CASE NO: 6:10-bk-76472 B  
CHAPTER 13

### REPORT OF UNCLAIMED FUNDS
### PURSUANT TO FRBP 3011

The undersigned Trustee of the above-styled estate states as follows for his report of unclaimed funds:

1. Ninety (90) days have elapsed since the final distribution of funds in this estate. The account of this estate reflects that the following amounts are still on deposit, which amounts represent payments mailed to the named payee. The funds have been stale dated by the Trustee's office. The Trustee mailed the funds to the debtors' last known address and was notified that both debtors are deceased. The Trustee mailed a letter to the Estate of Niles and Wanda Villars on December 29, 2016 (see attachment) requesting documentation regarding the Personal Representative in the estate, but has received nothing in response.

**Payee Name**  
Niles Villars  
607 Sunset Drive  
Malvern, AR 72104

**Dividend Amount**  
$7,626.05

**Trustee's Cancelled Checks No.:**  
#431812          $7,626.05

2. Payment has been stopped on the above listed checks. The funds are being remitted to the Court due to the inability of the debtors' family to be able to negotiate the check.

3. Pursuant to 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, a check has been tendered to "U.S. Bankruptcy Court Clerk" in the amount of $7,626.05. This amount should be deposited in the Federal Reserve for the benefit of the debtors.

DATE: 2/10/17

Respectfully submitted,

/s/ Jack W. Gooding  
Jack W. Gooding  
Standing Chapter 13 Trustee

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### EASTERN AND WESTERN DISTRICTS OF ARKANSAS

Jack W. Gooding
Trustee

P. O. Box 8202
Little Rock, AR 72221-8202
Telephone: (501) 537-4400
FAX: (501) 537-4401

Staff Attorneys

Amanda M. Pace-Welch
Matthew D. Black

December 29, 2016

Estate of Niles and Wanda Villars
607 Sunset Drive
Malvern, AR 72104

RE: Chapter 13 Bankruptcy Estate

Dear Sir or Madam:

I am the appointed Chapter 13 Trustee of your parents' case. The case has been dismissed and I have funds remaining on hand in the amount of $7626.05. If a proceeding in Probate (pursuant to a Will) or Administration (proceeding with no Will) has been filed, please provide me a copy of the Letters Testamentary or Personal Representative. If a Probate court has authorized you to represent the Estate then I can send all funds to you. It is necessary for me to release the funds to the proper persons.

If I do not hear from you, the funds will be sent to the U.S. Bankruptcy Court- Unclaimed Funds. You can apply for those funds through the Court at www.arb.uscourts.gov/courtinfo/courtinfo.html.

Very truly yours,

Jack W. Gooding

JG/lk

CC: The Brad Hendricks Law Firm